FILED

2014 JAN 22 AM 11: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO SOTELO-AYALA,<br><br>　　　　　Defendant. | Case No. **14 CR 0155 JLS**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien |

　　The grand jury charges:

　　On or about November 4, 2013, within the Southern District of California, defendant MARIO SOTELO-AYALA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

SLP:sj:Imperial
1/21/14

It is further alleged that defendant MARIO SOTELO-AYALA was removed from the United States subsequent to June 10, 2011.

DATED: January 22, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SUSAN L. PARK
Assistant U.S. Attorney

2